# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5452**                                   **September Term, 2025**

1:25-cv-00766-JEB

**Filed On:** June 22, 2026

In re: Donald J. Trump, et al.,

      Petitioners

**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc and the response thereto; the unopposed motion for invitation to participate as amici curiae by 174 Former Judges in support of respondents' petition for rehearing en banc and the lodged amicus brief; and the vote in favor of rehearing en banc by a majority of the judges eligible to participate, it is

**ORDERED** that the unopposed motion for invitation to participate as amici curiae be granted.  The Clerk is directed to file the lodged amicus brief.  It is

**FURTHER ORDERED** that this case be reheard by the court sitting en banc.  It is

**FURTHER ORDERED** that the court's order filed on April 14, 2026, be vacated. The administrative stay entered on December 12, 2025, is in effect.  It is

**FURTHER ORDERED** that oral argument before the en banc court be heard at 9:30 a.m. on Tuesday, September 29, 2026, in Courtroom 20.  It is

**FURTHER ORDERED** that, in addition to filing briefs electronically, the parties file 30 paper copies of each of the briefs and the appendix, in accordance with the following schedule:

| | |
|---|---|
| Brief for Petitioners | July 22, 2026 |
| Appendix | July 22, 2026 |
| Brief(s) of Amici Curiae in support of Petitioners, if any | July 29, 2026 |
| Brief for Respondents | August 21, 2026 |

**No. 25-5452**                            **September Term, 2025**

Brief(s) of Amici Curiae                       August 28, 2026
in support of Respondents, if any

Reply Brief for Petitioners                  September 11, 2026

The briefs must comply with the length limitations set forth in Federal Rule of Appellate Procedure 32(a)(7)(B).  To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's Office on the due date.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the cases are scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

Because the briefing schedule is keyed to the date of argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons.

A separate order will issue regarding allocation of argument time.

**Per Curiam**

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

              BY:     /s/
                                     Michael C. McGrail
                                     Deputy Clerk